846

No. ——. ADAMS *v.* JENSEN ET AL. Application for leave to docket this case denied. *John W. Anderson* for petitioner.

No. 159, Misc. EX PARTE GRAY ET AL. The motion for leave to file petition for writ of mandamus is granted. A rule is ordered to issue, returnable within 30 days, requiring the respondents to show cause why the petition for writ of mandamus should not be granted. *Z. Alexander Looby, Robert L. Carter* and *Thurgood Marshall* for petitioners. *John J. Hooker* for the Board of Trustees of the University of Tennessee et al., respondents.

No. 125, Misc. GILMORE *v.* STEELE, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 131, Misc. PRIDGEN *v.* BUBELLA ET AL. Application denied.

No. 145, Misc. JOHNSON *v.* PENNSYLVANIA. Supreme Court of Pennsylvania. Dismissed on motion of petitioner. *Theodore Spaulding* for petitioner.

No. 143. SUTTON *v.* LEIB. C. A. 7th Cir. Certiorari granted. *John Alan Appleman* and *Edward D. Bolton* for petitioner. *Arthur M. Fitzgerald* for respondent.

No. 167. BOYCE MOTOR LINES, INC. *v.* UNITED STATES. C. A. 3d Cir. Certiorari granted. *Joseph C. Glavin* and *A. Harry Moore* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *J. F. Bishop* for the United States. 

